UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00521-FDW-DCK

| MARY CONNER, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| BOEM, INC., | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Defendant's Motion for Entry of Judgment and Second Motion for Entry of Judgment. (Doc. Nos. 7, 9.)

Plaintiff filed this suit on May 31, 2024. (Doc. No. 1.) On July 24, 2024, the parties filed a notice of settlement. (Doc. No. 6.) The parties received notice that they needed to file an agreement for entry of judgment or a stipulation of dismissal within thirty (30) days or the case may be dismissed without prejudice. (ECF Entry, July 24, 2024.) On September 19, 2024, Defendant filed a Motion to Approve Consent Judgment requesting the Court approve a "Consent Decree," however Defendant did not include a "Consent Decree." (Doc. No. 7.) Plaintiff did not file a response to this motion. On February 11, 2025, Defendant filed its Second Motion for Entry of Judgment. (Doc. No. 9.) Defendant attached the "Consent Decree," (Doc. No. 9-1), which includes the signature page signed by Plaintiff, (id. at 8). Defendant also included a proposed order. (Doc. No. 9-2.) Plaintiff did not file a response to this motion. On June 17, 2025, the Court entered an Order allowing Plaintiff a final opportunity to respond to Defendant's Motion for Entry of Judgment and Second Motion for Entry of Judgment by July 1, 2025. (Doc. No. 10.) Plaintiff did not file a response and the time to do so has since expired.

1

The Court, having reviewed the filings and the "Consent Decree," (Doc. No. 9-1), finds as follows:

1. The provisions of the Consent Decree shall be binding upon the Parties;

2. The Consent Decree is for settlement purposes only and does not constitute an admission by Defendant or any of the allegations contained in the Complaint or any other pleading in this Action, nor does it constitute any finding of liability against Defendant;

3. The Consent Decree shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff in the Action based on, or arising out of, or in connection with, the allegations in the Complaint.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Entry of Judgment and Second Motion for Entry of Judgment, (Doc. Nos. 7, 9), are **GRANTED**. The Clerk of Court is respectfully directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Signed: July 7, 2025

_____
Frank D. Whitney
United States District Judge